NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                                          Criminal Number  1:24-cr-417

CODY DEMIRTAS
_____
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ■ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_Joseph D. King_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Joseph D. King - VA216
(Attorney & Bar ID Number)

King, Campbell, Poretz & Mitchell PLLC
(Firm Name)

118 N. Alfred Street
(Street Address)

Alexandria, VA 22314
(City)     (State)     (Zip)

(703) 683-7070
(Telephone Number)