AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 9:59 am, May 01, 2025

| | |
|---|---|
| United States of America<br>v.<br>CODY DEMIRTAS<br><br>_Defendant_ | Case: 1:24-cr-000417<br>Assigned To: Kollar-Kotelly, Colleen<br>Assign Date: 4/30/2025<br>Description: SUPERSEDING INDICTMENT (B)<br>Related Case No: 24-cr-417 (CKK) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     **CODY DEMIRTAS**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1962(d) (RICO Conspiracy)

18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)

Date: 04/30/2025

_Issuing officer's signature_

MAGISTRATE JUDGE MOXILA A. UPADHYAYA

City and state:  Washington, D.C.

_Printed name and title_

### Return

This warrant was received on _(date)_  4/30/25 , and the person was arrested on _(date)_  7/16/25
at _(city and state)_  Dulles, VA

Date:  7/16/25

_Arresting officer's signature_

Brian Thomas / Agent
_Printed name and title_