UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>v.                                                                      )<br>)<br>MALONE LAM ET AL.                                       )<br>)<br>              Defendant.                                     )<br>_____) | No. 24-CR-417 (CKK) |

**GOVERNMENT'S NOTICE OF BILL OF PARTICULARS FOR FORFEITURE**

1.  The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, files this Bill of Particulars for the Forfeiture Allegation in the Indictment.

2.  In the Second Superseding Indictment, the United States gave notice that it would seek forfeiture of certain specific properties upon conviction. The United States hereby amends property V8 from 2019 Rolls Royce Ghost, VIN SCATV0CO2MU27053[1] to the following:

    V8) 2021 Rolls-Royce Ghost, VIN SCATV0C02MU207053

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/ Rick Blaylock, Jr.*
Rick Blaylock, Jr.
TX Bar No. 24103294
Assistant United States Attorney
Asset Forfeiture Coordinator
United States Attorney's Office

---

[1] Second Superseding Indictment, Doc. No. 229, pg. 43.

601 D Street, N.W.
Washington, D.C. 20001
(202) 252-6765
rick.blaylock.jr@usdoj.gov